Revised 03/06 WDNY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**17 CV 6884 EAW**

A.      **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Kevin Cleveland Din 17131629
2. _____

-VS-

B.      **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Rochester police Department          4. _____
2. officer # Roc2419                          5. _____
3. _____                    6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Kevin Cleveland Din 17131629

Present Place of Confinement & Address: upstate Correctional Facility PO Box 2001

Malone, new york 12953

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Rochester police Department

(If applicable) Official Position of Defendant: police Department of Rochester ny

(If applicable) Defendant is Sued in _____ Individual and/or ___✓ Official Capacity

Address of Defendant: Rochester police Department

                          135 Exchange BlUD Rcch ny 14614


Name of Defendant: officer # ROC 2417

(If applicable) Official Position of Defendant: police officer with R.P.D

(If applicable) Defendant is Sued in ___✓ Individual and/or ___✓ Official Capacity

Address of Defendant: 185 Exchange BluD

                          Rochester, ny 14614


Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: _____

_____


## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes_____ No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2.  Court (if federal court, name the district; if state court, name the county): _____

3.  Docket or Index Number: _____

4.  Name of Judge to whom case was assigned: _____

2

5.   The approximate date the action was filed:_____ _N/A_____

6.   What was the disposition of the case?

     Is it still pending? Yes_____ No_✓_

          If not, give the approximate date it was resolved._____ _N/A_____

     Disposition (check the statements which apply):

     ____ Dismissed (check the box which indicates why it was dismissed):

          ____   By court *sua sponte* as frivolous, malicious or for failing to state a claim
                 upon which relief can be granted;

          ____   By court for failure to exhaust administrative remedies;

          ____   By court for failure to prosecute, pay filing fee or otherwise respond to a court
                 order;

          ____   By court due to your voluntary withdrawal of claim;

     ____ Judgment upon motion or after trial entered for

          ____ plaintiff

          ____ defendant.


B.   Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

     Yes_____   No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,*
*use this same format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s):_____

     _____

     Defendant(s):_____

     _____

2.   District Court:_____

3.   Docket Number:_____

4.   Name of District or Magistrate Judge to whom case was assigned:_____

     _____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

     Is it still pending? Yes_____ No_____

          If not, give the approximate date it was resolved._____


3

Disposition (check the statements which apply):

___ Dismissed (check the box which indicates why it was dismissed):

- ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
- ___ By court for failure to exhaust administrative remedies;
- ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
- ___ By court due to your voluntary withdrawal of claim;

___ Judgment upon motion or after trial entered for

___ plaintiff

___ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a),** "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) __September 27, 2016__ .

defendant (give the **name and position held** of **each defendant** involved in this incident) __Officer # 2417__

__Rochester Police Officer__

did the following to me (briefly state what each defendant named above did): __Officer # 2417__

used excessive force when arresting defendant, officer # 2417 punched, kicked
and slammed defendant which lead to plaintiff having taking to huspital, Hospital
records show injuries that plaintiff sustained from officer #2417, officer #
2417 alleged that plaintiff was a aggravated crime/family and assault suspect,
but was found not guilty several months later, case was dismissed do to his True
bill.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: __False Arrest, Excessive Force,__

__Malicious prosecution__

The relief I am seeking for this claim is (briefly state the relief sought): _____

__professional reprimand and disiplinary action__

## Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes __✓__ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes __√__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

__1983 is First Step in Exhausting Remedies__

**A. SECOND CLAIM:** On (date of the incident) _____ ,

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

**6. RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

I am Requesting for Disciplinary action against R.P.D. Officer # 2417 Also Muntary relief for days Spent Incarcerated, loss of my Employment due to this Situation

Do you want a jury trial? Yes ✓ No____

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ________________________________
(date)

**NOTE:** ***Each*** *plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

________________________________

________________________________

________________________________
Signature(s) of Plaintiff(s)